IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-60825
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GEORGE D. McBRAYER; RUBY L. McBRAYER,
also known as Ruby Posey McBrayer,
also known as Ruby L. Posey,

Defendants-Appellants.

_____

Appeal from the United States District Court
For the Southern District of Mississippi
_____

(3:00-CR-171-2-BS)
July 11, 2002

Before HIGGINBOTHAM, JONES, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5th Cir. R. 47.5.4.